# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
**ENTERED**

AUG 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CLINTON REGINALD BROWN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-142 |
| | § | |
| THE CITY OF HARLINGEN, VALLEY | § | |
| INTERNATIONAL AIRPORT, CAMERON | § | |
| COUNTY, TEXAS, LEONEL SILVA | § | |
| AND RAMIRO MARTINEZ | § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL


TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT, CAMERON COUNTY'S RULE 12(b) MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 23, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 29, 2002

TO:     MR. DANIEL G. RIOS
        MR. RICARDO NAVARRO
        MR. FRANCISCO J. MARTINEZ