United States District Court
Southern District of Texas
FILED

SEP 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLINTON REGINALD BROWN, | § | |
| Plaintiff | § | |
| vs. | § | Civil Action No. B-02-142 |
| | § | JURY DEMAND |
| | § | |
| THE CITY OF HARLINGEN, VALLEY | § | |
| INTERNATIONAL AIRPORT, | § | |
| CAMERON COUNTY, TEXAS, | § | |
| LEONEL SILVA AND | § | |
| RAMIRO MARTINEZ | § | |
| Defendants | § | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANT, CAMERON COUNTY'S MOTIONS TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Clinton Reginald Brown and files this Motion to Extend Time to Respond to Defendant, Cameron County's Motions to Dismiss, and in support thereof, Plaintiff respectfully offers the following:

I.

Defendant, Cameron County filed a Rule 12(b) Motion to Dismiss Plaintiff's Complaint against it. Part of the basis of said motion deals with the County's involvement in the constitutional violations alleged in the Complaint. The County takes that position that it cannot be held liable for the acts of the assistant district attorney who handled the wrongful forfeiture proceedings which the Cameron County District Attorneys office filed against it.

II.

Plaintiff would request additional time in which to file a response to said motion in order to conduct discovery as to the precise relationship between the Cameron County District Attorneys

Office and Cameron County. Plaintiff would show that, the civil forfeiture statute, on which the district attorneys office relied in bringing the forfeiture action, contemplates that such actions would be jointly handled by participating law enforcement agencies, counties and district attorneys offices. Texas Code of Criminal Procedure Article 59.06(a)-(o) contemplates that this cooperation should be established through inter-local agreements. Further, in response to Defendant's Written Interrogatories propounded in the underlying forfeiture proceeding, the district attorneys' office in fact deposited the wrongfully confiscated proceeds with the Auditor's office of Cameron County, Texas.[1] Article 59.06 together with the written interrogatory responses of the district attorneys office supports Plaintiff's belief of the existence of a formal contractual relationship between the County and the District Attorneys Office of Cameron County, and the nature of that relationship will bear on the liability issues pertaining to Cameron County.

III.

Federal Rule of Civil Procedure 26(d) does not allow the parties to conduct discovery until after the Plaintiff's deadline to respond to Defendant's Motion to Dismiss. Because of this, Plaintiff requests additional time to respond to Defendant's Motion to Dismiss because Plaintiff would like to conduct discovery concerning the precise nature of the contractual relationship existing between the County and the County's district attorneys office vis a vis any inter-local agreements governing the civil forfeiture proceedings.

IV.

Based on the foregoing, Plaintiff requests additional time in which to respond to Defendant, Cameron County's Motion to Dismiss.

---

[1] The Plaintiff's response to Defendant's Written Interrogatory No. 19, which is attached to Plaintiff's Response to Defendant Cameron County's Motions to Dismiss, and incorporated herein for the purposes of this motion only.

Respectfully submitted,

LAW OFFICES OF DANIEL G. RIOS, P.C.
323 Nolana Loop
McAllen, Texas 78504
Telephone: (956) 631-1615
Facsimile: (956) 682-0566

By: _____
DANIEL G. RIOS
State Bar No. 00784844
Federal Admission No. 17290
ATTORNEY-IN-CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this 5th day of September, 2002, I, Daniel G. Rios certify that a copy of the foregoing instrument has been served on all counsel of record by certified mail return receipt requested.

_____
Daniel G. Rios

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLINTON REGINALD BROWN, § <br> Plaintiff § <br> vs. § <br> § <br> § <br> THE CITY OF HARLINGEN, VALLEY § <br> INTERNATIONAL AIRPORT, § <br> CAMERON COUNTY, TEXAS, § <br> LEONEL SILVA AND § <br> RAMIRO MARTINEZ § <br> Defendants § | Civil Action No. B-02-142 <br> JURY DEMAND |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME**

On this _____, 2002, this Court considered Plaintiff's Request for Additional Time To Respond to Defendant, Cameron County's Motion to Dismiss, and after considering same, all pleadings motions and responses on file, and arguments of counsel, this Court hereby grants Plaintiff's Motion for Additional Time. This Court will notify all counsel when Plaintiff's Response will be due.

_____
JUDGE PRESIDING