# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| CLINTON REGINALD BROWN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-142 |
| | § | |
| THE CITY OF HARLINGEN, VALLEY | § | |
| INTERNATIONAL AIRPORT, CAMERON | § | |
| COUNTY, TEXAS, LEONEL SILVA | § | |
| AND RAMIRO MARTINEZ | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ALL MOTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 23, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 9, 2002

TO:    MR. DANIEL G. RIOS
       MR. RICARDO NAVARRO
       MR. FRANCISCO J. MARTINEZ