IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLINTON REGINALD BROWN | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF HARLINGEN, VALLEY | § | B-02-142 |
| INTERNATIONAL AIRPORT, | § | |
| CAMERON COUNTY, TEXAS, | § | |
| LEONEL SILVA AND | § | |
| RAMIRO MARTINEZ | § | |

## DESIGNATION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CAMERON COUNTY, Defendant in the above numbered cause and

designates Francisco J. Martinez, Federal Admission No. 17477 as Attorney-In-Charge and

Humberto Yzaguirre, Jr., Federal Admission No. 29395 of Counsel in this case.

Respectfully submitted,

OFFICE OF THE CAMERON COUNTY
AND DISTRICT ATTORNEY
YOLANDA DE LEÓN

Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520
Telephone: 956/544-0849
Fax: 956/544-0869

BY: _____
Francisco J. Martinez
Assistant County and District Attorney
Texas Bar No. 13141900
Federal Admission No. 17477
Attorney-in-Charge
For Defendant Cameron County

BY: _____
Humberto Yzaguirre, Jr.
Assistant County and District Attorney
Texas Bar No. 24029922
Federal Admission No. 29395
Of Counsel
For Defendant Cameron County

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DESIGNATION**

**OF ATTORNEY-IN-CHARGE** has on this the _____ day of September, 2002, been

forwarded via certified mail, return receipt requested to :

Daniel Rios
Attorney at Law
323 Nolana
McAllen, Texas 78504
**CM/RRR #7000 1670 0006 1971 3390**


Rick Navarro
Attorney at Law
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
**CM/RRR #7000 1670 0006 1971 3383**


Francisco J. Martinez
Assistant County and District Attorney

2