IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court



| | | |
|---|---|---|
| CLINTON REGINALD BROWN | § § | |
| vs. | § § | CIVIL ACTION NO. |
| THE CITY OF HARLINGEN, VALLEY INTERNATIONAL AIRPORT, CAMERON COUNTY, TEXAS, LEONEL SILVA AND RAMIRO MARTINEZ | § § § § § § | B-02-142 |

### DEFENDANT CAMERON COUNTY'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW CAMERON COUNTY, Defendant herein and files this his Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1)  Clinton Reginald Brown

(2)  Daniel G. Rios, Attorney at Law

(3)  City of Harlingen, Texas;

   Valley International Airport;

   Leonel Silva;

   Ramiro Martinez

(4)  Ricardo Navarro, Attorney at Law

(5)  Cameron County

Signed on this the ___5TH___ day of September, 2002.

Respectfully submitted,

OFFICE OF THE CAMERON COUNTY
AND DISTRICT ATTORNEY
YOLANDA DE LEÓN

Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520
Telephone: 956/544-0849
Fax: 956/544-0869

BY: _____
Francisco J. Martinez
Assistant County and District Attorney
Texas Bar No. 13141900
Federal Admission No. 17477
Attorney-In-Charge
For Defendant Cameron County

BY: _____
Humberto Yzaguirre, Jr.
Assistant County and District Attorney
Texas Bar No. 24029922
Federal Admission No. 29395
Of Counsel
For Defendant Cameron County

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANT CAMERON COUNTY'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the ____ day of September, 2002, been forwarded via certified mail, return receipt requested to :

Daniel Rios
Attorney at Law
323 Nolana
McAllen, Texas 78504
**CM/RRR #7000 1670 0006 1971 3390**

Rick Navarro
Attorney at Law
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
**CM/RRR #7000 1670 0006 1971 3383**

_____
Francisco J. Martinez
Assistant County and District Attorney