

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLINTON R. BROWN<br>Plaintiff | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-02-142 |
| | § | |
| CITY OF HARLINGEN, TEXAS<br>VALLEY INT'L AIRPORT<br>LEONEL SILVA & RAMIRO<br>MARTINEZ, ET AL<br>Defendants | §<br>§<br>§<br>§<br>§ | |

## MOTION TO APPEAR AS ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Clinton R. Brown, Plaintiff, and files this Motion to Appear as Attorney-in-Charge, and would respectfully show to the Court as follows:

**I.**

Daniel G. Rios is attorney in charge in the above-captioned case. Daniel G. Rios is unavailable for the hearing on Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (b) (6), which is set for Wednesday, October 23, 2002.

**II.**

David J. Lumber is an attorney admitted to practice in the United States District Court for the Southern District of Texas, and has been admitted in such district since 1998. In accordance with S. D. TEX. LR. 11.3, David J. Lumber will be appearing with authority to bind client.

**III.**

Plaintiff moves that David J. Lumber be permitted to appear as attorney-in-charge for the hearing on Defendant's Motion to Dismiss.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully prays that the Court grant the relief sought herein, and that this Court grant Plaintiff such other and further relief, at law or in equity, to which Plaintiff may show itself justly entitled.

Respectfully submitted,

**LAW OFFICE OF DANIEL G. RIOS, P.C.**
323 Nolana Loop
McAllen, Texas 78504
(956) 631-1615 Phone
(956) 682-0566 Fax

By: _Dan Rios w/ permission_
ATTORNEY IN CHARGE:
Daniel G. Rios
State Bar No.: 00784844
Federal Admission No. 17290

OF COUNSEL:
David J. Lumber
GUERRA & MOORE, LTD. L.L.P.
4201 N. McColl
McAllen, Texas 78504
(956) 618-3000 Phone
(956) 686-4200 Fax
State Bar No. 24002504
S.D. Texas Bar No.: 22085

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A true copy of this instrument was served upon all counsel of record, in accordance with the Federal Rules of Civil Procedure, on the 23rd day of October, 2002.

*David J. Lumber*, Of Counsel