*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLINTON R. BROWN | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-142 |
| | § | |
| CITY OF HARLINGEN, TEXAS | § | |
| VALLEY INT'L AIRPORT | § | |
| LEONEL SILVA & RAMIRO | § | |
| MARTINEZ, ET AL | § | |
| Defendants | § | |

## ORDER

BEFORE THE COURT is Plaintiff's Motion to Appear as Attorney in Charge, and in appearing to the Court that the Motion should be GRANTED,

IT IS HEREBY ORDERED THAT David J. Lumber be permitted to appear as attorney in charge for purposes of the hearing on Defendant's Motion to Dismiss.

SIGNED ON THIS 23 OF OCTOBER, 2002 at Brownsville, Texas.

_____
JUDGE PRESIDING

Date:   October 23, 2002

To:   **Mr. Daniel G. Rios**
      **Mr. Ricardo Navarro**
      **Mr. Francisco J. Martinez**

MOTION TO APPEAR AS ATTORNEY-IN-CHARGE                                    —Page 4