*15*

United States District Court
Southern District of Texas
FILED

OCT 2 3 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE
AND HEARING ON ALL THE MOTIONS

CIVIL ACTION NO.___B-02-142_____          DATE & TIME:___10-23-02 AT 1:30 P.M____

CLINTON REGINALD BROWN_____          PLAINTIFF(S)____DANIEL G. RIOS_____
                                          COUNSEL

VS.

THE CITY OF HARLINGEN, ET AL_____          DEFENDANT(S)__RICARDO NAVARRO_____
                                          COUNSEL          FRANSISCO J.MARTINEZ

---------------------------------------------------------------------------------------------

CRO: G. Mendieta

    Appearing on behalf of Daniel G. Rios, for Plaintiff, was David Lumber, who presented a Motion to Appear as Attorney-in Charge and attached order.

    Appearing on behalf of Ricardo J. Navarro, for Defendants (City of Harlingen, Valley International Airport, Leonel Silva and Ramiro Martinez), was Brad Shields.

    Appearing for Defendant Cameron County was Fransisco Martinez.

    David Lumbar argued against the granting of a Motion to Dismiss as to defendant, Cameron County, in the case. He presented argument and additional case law to the court.

    Fransisco Martinez urged the court to grant the Motion to Dismiss arguing that Plaintiff has failed to make out a proper claim against Cameron County.

    The court inquired as to any attempts at mediation and all parties agreed that mediation had not yet been attempted.

    The court reserved decision on the Motion to Dismiss.

    Case will be set for Judge Hanen's Docket in September, 2003.