IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLINTON R. BROWN | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. B-02-142 |
| | § | |
| CITY OF HARLINGEN, TEXAS | § | |
| CAMERON COUNTY, et al. | § | |
|     Defendants. | § | |

### DEFENDANT CAMERON COUNTY'S INITIAL DISCLOSURE

MAY IT PLEASE THE COURT:

COMES NOW CAMERON COUNTY (DEFENDANT) and files these initial disclosures pursuant to Rule 26 (a) (1) of the Federal Rules of Civil Procedure.

A.  **PERSONS WITH KNOWLEDGE OF INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY.**

Please refer to the list of witnesses with knowledge of information relevant to disputed facts alleged, which is attached as Exhibit "A" to this document.

B.  **DESCRIPTION OF DOCUMENTS RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY.**

The documents identified below contain information relevant to the issues raised by Plaintiff's Complaint:

    A.    Offense and Police Report No. 2000-011457.

    B.    Search warrant and affidavit dated July 27, 2000.

    C.    States First Amended Petition and affidavit in Cause No. 2000-08-3136-A.

    D.   Defendant's response to Plaintiff's request for admissions in Cause No. 2000-08-3136-A.

    E. Defendant's response to Plaintiff's First set of Interrogatories in Cause No. 2000-08-3136-A.

    F. Defendant's response to Plaintiff's request for Production in Cause No. 2000-08-3136-A.

    G. Letter to attorney Daniel Rios dated October 17, 2000.

    H. Plaintiff's Motion to Compel Discovery in Cause No. 2000-08-3136-A.

    I. Order granting Plaintiff's Motion to compel discovery.

    J. Letter to Attorney Daniel Rios dated December 21, 2000.

    K. Letter to Attorney Daniel Rios dated February 6, 2001.

    L. Plaintiff's Motion for Sanctions in Cause No. 2000-08-3136-A.

    M. Default Judgment against Clinton Reginald Brown based on discovery abuse dated April 26, 2001.

**C.  COMPUTATION OF DAMAGES**

    N/A

**D.  INSURANCE AGREEMENT**
    N/A

**E.  DISCLOUSURE OF EXPERTS**

With respect to testifying expert witnesses, Defendant has none at this time.

Defendant is making its initial disclosures based on the information reasonably available to it at this point in time, in accordance with Rule 26 (a) (1). As additional information becomes available to Defendant this disclosure will be supplemented in accordance with the Federal Rules of Civil Procedure.

SIGNED on the ___28TH___ day of ___OCTOBER___, 2002.

Respectfully submitted,

OFFICE OF THE CAMERON COUNTY
AND DISTRICT ATTORNEY
YOLANDA DE LEÓN

Cameron County Courthouse
974 E. Harrison
Brownsville, Texas 78520
Telephone: 956/544-0849
Fax: 956/544-0869

BY: _____
Francisco J. Martinez
Assistant County and District Attorney
Texas Bar No. 13141900
Federal Admission No. 17477

Humberto Yzaguirre, Jr.
Assistant County and District Attorney
Texas Bar No. 24029922
Federal Admission No. 29395

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 28th day of October, 2002, been forwarded via certified mail, return receipt requested to:

| | |
|---|---|
| Daniel Rios | Ricardo J. Navarro |
| Attorney at Law | Attorney at Law |
| 323 Nolana | 222 E. Van Buren, Suite 405 |
| McAllen, Texas 78504 | Harlingen, Texas 78550 |
| CM/RRR #7000 1670 0006 1971 3130 | CM/RRR #7000 1670 0006 1971 3123 |

_____
Francisco J. Martinez
Assistant County and District Attorney

## EXHIBIT "A"

## INITIAL DISCLOSURE POSSIBLE WITNESSES

**Clinton R. Brown** – Plaintiff.

**Herbert Griffin** – Mr. Griffin is related to Mr. Brown.

**Sharon or Shirley Brown** – Ms. Brown is related to Mr. Brown

**Robert Moore** – c/o Cameron County District Attorney's Office, 974 E. Harrison, Brownsville, Texas 78520; 956/544-0849; 956/544-0869 (fax); Mr. Moore is an Assistant District and County Attorney.

**Daniel G. Rios** – 323 Nolana Loop, McAllen, Texas 78501; Mr. Rios is counsel for Plaintiff.

**Leonel Silva** – c/o City of Harlingen Police Department; Officer Silva is defendant in this case.

**Ramiro Martinez** – c/o City of Harlingen Police Department; Officer Martinez is defendant in this case.

**Michael Browning** – Aviation Dept. Valley International Airport Terminal Building, Harlingen, Texas 78550, 956/430-8605; Mr. Browning is the Director of the Aviation Department.