IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLINTON R. BROWN | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-142 |
| THE CITY OF HARLINGEN, VALLEY INTERNATIONAL AIRPORT, CAMERON COUNTY, TEXAS, LEONEL SILVA AND RAMIRO MARTINEZ | § § § § § | |

## ORDER

In their First Amended Answer (Docket No. 9) the Defendants' City of Harlingen, Leonel Silva and Ramiro Martinez have raised the defense of sovereign immunity, qualified immunity and official immunity.

It is ORDERED that these defenses be set for hearing on January 8, 2003 at 2:00 p.m.

SIGNED at Brownsville, Texas, this 21st day of November, 2002.

John Wm. Black
United States Magistrate Judge