IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CLINTON REGINALD BROWN, § | |
| Plaintiff § | |
| vs. § | Civil Action No. B-02-142 |
| § | JURY DEMAND |
| § | |
| THE CITY OF HARLINGEN, VALLEY § | |
| INTERNATIONAL AIRPORT, § | |
| CAMERON COUNTY, TEXAS, § | |
| LEONEL SILVA AND § | |
| RAMIRO MARTINEZ § | |
| Defendants § | |

**PLAINTIFF'S RESPONSE TO
DEFENDANT, CAMERON COUNTY'S OBJECTIONS
TO MAGISTRATE JUDGE'S PROPOSED FINDINGS,
CONCLUSIONS, AND RECOMMENDATIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Clinton Reginald Brown who files this Response to Defendant, Cameron County's Objections to Magistrate Judge's Proposed Findings, Conclusion and Recommendations, and in support thereof, Plaintiff respectfully offers the following:

I.

Plaintiff requests that this Court overrule Cameron County's Objections to Magistrate Judge's Proposed Findings, Conclusions and Recommendations. Plaintiff further requests that this Court adopt the Magistrate Judge's Proposed Findings, Conclusions and Recommendations subject to Cameron County's Objections. In support of this request, Plaintiff would incorporate by reference as if fully set forth, all of the evidence and arguments set forth in Plaintiff's Response to Defendant Cameron County's Motions to Dismiss. Plaintiff would further incorporate by reference its pleadings on file and all arguments of counsel made during the course of the hearing before the

Magistrate.

## XIV.
## Conclusion

Based on the foregoing, Plaintiff requests that this Court overrule Defendant, Cameron County's Objections to Magistrate Judge's Proposed Findings, Conclusions and Recommendations.

Respectfully submitted,

LAW OFFICES OF DANIEL G. RIOS, P.C.
323 Nolana Loop
McAllen, Texas 78504
Telephone: (956) 631-1615
Facsimile: (956) 682-0566

By: _____
DANIEL G. RIOS
State Bar No. 00784844
Federal Admission No. 17290
ATTORNEY-IN-CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this 16th day of December, 2002, I, Daniel G. Rios certify that a copy of the foregoing instrument has been served on all counsel of record by certified mail return receipt requested.

_____
Daniel G. Rios

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLINTON REGINALD BROWN,<br>    Plaintiff<br>vs.<br><br>THE CITY OF HARLINGEN, VALLEY<br>INTERNATIONAL AIRPORT,<br>CAMERON COUNTY, TEXAS,<br>LEONEL SILVA AND<br>RAMIRO MARTINEZ<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. B-02-142<br>JURY DEMAND |

### ORDER OVERRULING DEFENDANT, CAMERON COUNTY'S OBJECTIONS TO MAGISTRATE JUDGE'S PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

On this _____, 2002, this Court considered Defendant, Cameron County's

_____, and after considering same, all pleadings motions and responses on file, and arguments of counsel,

this Court hereby denies Defendant, Cameron County's Objections to Magistrate Judge's Proposed

Findings, Conclusions and Recommendations.

 

                                                                                          _____
                                                                                          JUDGE PRESIDING