IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLINTON REGINALD BROWN, | § | |
| Plaintiff | § | |
| vs. | § | Civil Action No. B-02-142 |
| | § | JURY DEMAND |
| | § | |
| THE CITY OF HARLINGEN, VALLEY | § | |
| INTERNATIONAL AIRPORT, | § | |
| CAMERON COUNTY, TEXAS, | § | |
| LEONEL SILVA AND | § | |
| RAMIRO MARTINEZ | § | |
| Defendants | § | |

**PLAINTIFF'S MOTION FOR CLARIFICATION OF
MATTERS SET FOR HEARING AND PLAINTIFF'S UNOPPOSED
MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Clinton Reginald Brown and files this Plaintiff's Motion for Clarification of Matters Set for Hearing and Plaintiff's Motion for Continuance, and in support thereof, Plaintiff respectfully offers the following:

I.

The Honorable Magistrate to the District Court has set certain matters for hearing on or about January 8, 2003. Specifically, Plaintiff understands that a dispositive hearing as to the viability of the City Defendants' affirmative defenses of qualified immunity, official immunity and sovereign immunity is set for hearing on such date.

II.

Plaintiff would show that the City Defendants' Amended Answer did not assert any factual or legal basis to support its conclusory allegation that such Defendants are entitled to qualified immunity, official immunity and/or sovereign immunity. Said answer fails to identify any federal

or state law or statutory provision upon which their assertion of these defenses are based. Further, said answer completely fails to demonstrate any factual basis or evidence supporting its affirmative defense pleadings.

III.

Plaintiff would further show that the City Defendants have not filed any motion seeking any judicial findings as to its affirmative defenses.

IV.

Based on the foregoing, Plaintiff requests clarification as to the matters specifically set for hearing on January 8, 2003. Plaintiff would further request that if the Court is considering a ruling that would be dispositive as to the City Defendants' affirmative defenses, that the Court require the City Defendants to notify the Plaintiff regarding the factual and legal basis, if any, supporting said affirmative defenses, and Plaintiff requests that he be allowed to provide a formal response to such assertions.

V.

Because Plaintiff has not been apprised of the factual and/or legal grounds which form the basis of the City Defendants' affirmative defenses, Plaintiff also requests additional time in which to conduct discovery in order to properly address the City Defendants' contentions.

VI.

As additional grounds for a continuance of the January 8, 2003 hearing, Plaintiff's counsel would show that he has a scheduling conflict on the date of said hearing. Specifically, the wife of Plaintiff's counsel has been previously scheduled to undergo certain surgical procedures in San Antonio, Texas between January 3, 2003 and January 11, 2003. For this additional reason, Plaintiff seeks a continuance of the hearing currently set for January 8, 2003.

Respectfully submitted,

LAW OFFICES OF DANIEL G. RIOS, P.C.
323 Nolana Loop
McAllen, Texas 78504
Telephone: (956) 631-1615
Facsimile: (956) 682-0566

By: _____
DANIEL G. RIOS
State Bar No. 00784844
Federal Admission No. 17290
ATTORNEY-IN-CHARGE FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

On this 20th day of December, 2002, I contacted the counsel for each Defendant in order to confer with them regarding whether they would be opposed or unopposed to the relief requested in this instrument. Counsel for both the City Defendants and Cameron County stated that they are not opposed to continuance of the Court's hearing.

_____
Daniel G. Rios

## CERTIFICATE OF SERVICE

On this 20th day of December, 2002, I, Daniel G. Rios certify that a copy of the foregoing instrument has been served on all counsel of record by certified mail return receipt requested.

_____
Daniel G. Rios