United States District Court
Southern District of Texas
FILED

DEC 3 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLINTON R. BROWN, | § | |
| Plaintiff | § | |
| | § | |
| VS | § | C.A. NO. B-02-142 |
| | § | |
| CITY OF HARLINGEN, TEXAS | § | |
| ET AL, | § | |
| Defendants | § | |

NOTICE OF APPEARANCE
& DESIGNATION AS LEAD DEFENSE COUNSEL

May it Please the Court:

COMES NOW UNDERSIGNED COUNSEL, RICARDO J. NAVARRO and ROBERT L. DRINKARD, and file this Notice of Appearance & Designation as Lead Defense Counsel on behalf of CITY OF HARLINGEN, TEXAS (including VALLEY INTERNATIONAL AIRPORT)[1], LEONEL SILVA and RAMIRO MARTINEZ, Individually and Officially, (hereafter "CITY DEFENDANTS").

**Appearance & Designation As Attorney in Charge**

COUNSEL RICARDO J. NAVARRO, a partner in the firm of DENTON, NAVARRO, ROCHA & BERNAL, P.C., hereby appears on behalf of the DEFENDANTS and requests that he be designated as lead counsel on behalf of the CITY DEFENDANTS herein.

---

[1] Valley International Airport (hereafter "VIA") is a department of the CITY OF HARLINGEN and is not a separate juridical entity. Consequently, any and all references to the CITY OF HARLINGEN necessarily include VIA as an agency of the CITY. More importantly, however, is the juridical fact that agencies and departments of a legal entity can not, nor need not, be separately named as parties. See II, infra.

Notice of Appearance & Designation                                           Page 1

Also appearing on behalf of the CITY DEFENDANTS is undersigned COUNSEL ROBERT L. DRINKARD, whose capacity is as an associated attorney of record on behalf of the CITY DEFENDANTS.

All future and further pleadings, notices, orders, and other papers related to this litigation directed to plaintiff counsel should be sent to the address identified below.

**DENTON, NAVARRO, ROCHA & BERNAL**
A Professional Corporation
Bank of America Building
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)
firm@rampage-rgv.com

**CONCLUSION**

Therefore, undersigned counsel for CITY DEFENDANTS requests that the Court and the parties take note of the foregoing appearance of additional counsel and designation as lead counsel for the CITY DEFENDANTS.

SIGNED on the 30th day of December, 2002.

Respectfully Submitted,

**DENTON, NAVARRO, ROCHA & BERNAL**
A Professional Corporation
Bank of America Building
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _Ricardo J. Navarro_
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953

By: _____
ROBERT L. DRINKARD
State Bar No. 24007128
So. Dist. ID# 29288


**CERTIFICATE OF SERVICE**

    I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the **30th** day of December, 2002.


Daniel G. Rios                          **By CMRRR: 7002 0860 0004 8101 5723**
LAW OFFICES OF DANIEL G. RIOS, P.C.
323 Nolana Loop
McAllen, Texas 78504
**COUNSEL FOR PLAINTIFF**


Francisco Martinez                  **By CMRRR: 7002 0860 0004 8101 5778**
Assistant County Attorney
Cameron County Courthouse
974 East Harrison Street
Brownsville, Texas 78520
**COUNSEL FOR CAMERON COUNTY**

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD