United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLINTON REGINALD BROWN, | § | |
| Plaintiff | § | |
| vs. | § | Civil Action No. B-02-142 |
| | § | JURY DEMAND |
| | § | |
| THE CITY OF HARLINGEN, VALLEY | § | |
| INTERNATIONAL AIRPORT, | § | |
| CAMERON COUNTY, TEXAS, | § | |
| LEONEL SILVA AND | § | |
| RAMIRO MARTINEZ | § | |
| Defendants | § | |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR A CONTINUANCE**

On this _6 Jan_____, 2003 this Court considered Plaintiff's Request for a Continuance of the hearing currently set for January 8, 2003, and after considering same, all pleadings motions and responses on file, and arguments of counsel, this Court hereby grants Plaintiff's Motion for a Continuance, and said hearing will be reset for the following date and time: _7 FEB_____, 2003, at __1:30__ o'clock __P__. m.

_____
JUDGE PRESIDING