

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLINTON REGINALD BROWN, <br> Plaintiff | § § | |
| vs. | § § § | Civil Action No. B-02-142 <br> JURY DEMAND |
| THE CITY OF HARLINGEN, VALLEY INTERNATIONAL AIRPORT, CAMERON COUNTY, TEXAS, LEONEL SILVA AND RAMIRO MARTINEZ <br> Defendants | § § § § § § § | |

**PLAINTIFF'S MOTION TO STRIKE CITY
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Clinton Reginald Brown and files this Plaintiff's Motion to Strike City Defendants' Motion for Summary Judgment, and in support thereof, Plaintiff respectfully offers the following:

I.

Plaintiff would show that this Honorable Court *sua sponte* set a dispositive hearing on Defendants' City of Harlingen/Valley International Airport, Leonel Silva, and Ramiro Martinez' (hereinafter, the "City Defendants") affirmative defenses. The Court's order setting hearing was signed on November 21, 2002. The City Defendants had not filed any motion seeking a dispositive finding on their affirmative defenses prior to the Court's order setting hearing.

II.

On or about December 20, 2002, Plaintiff requested a clarification as to the nature of the hearing and sought a continuance of the Court's hearing, in part, based on the fact that the City

Defendants had not brought forward any evidence or legal basis supporting their entitlement to judgment on their affirmative defenses.

III.

After Plaintiff filed its motion for clarification and motion for continuance, the undersigned counsel was informed that the City Defendants had just recently filed a Motion for Summary Judgment on their affirmative defenses. At the time that this motion is being signed, Plaintiff's counsel had not received a copy of the City Defendants' Motion for Summary Judgment.

IV.

Plaintiff would submit that, should the Court not grant a continuance of this hearing, the City Defendants' Motion for Summary Judgment should be stricken and should not be considered by the Court at the hearing. All of the parties, including the City Defendants received notice of this hearing on or about November 21, 2002. Yet, the City Defendants failed to bring forth any evidence or legal arguments on this issue until within one week of the Court's hearing date. Additionally, Plaintiff's counsel has not received a copy of the Motion for Summary Judgment, rendering Plaintiff unable to respond to the Motion for Summary Judgment.

V.

Plaintiff would submit that, since the City Defendants have the burden of proof to establish their entitlement to judgment on these affirmative defenses, it was incumbent upon the City Defendants to timely provide this Court with the factual and/or legal basis supporting the affirmative defenses. The City Defendants' delay in filing its Motion for Summary Judgment until within one week of the Court's hearing has prejudiced the Plaintiff. This delay was not the result of any acts of the Plaintiff. Therefore, to consider said Motion for Summary Judgment would be unfair and prejudicial to the Plaintiff, and would improperly reward the Movant-Defendants for its undue and

unwarranted delay in filing its motion.

VI.

For these reasons, the City Defendants' Motion for Summary Judgment should be stricken, and Plaintiff requests that this Court enter judgment against the City Defendants with regard to its alleged affirmative defenses.

Respectfully submitted,

LAW OFFICES OF DANIEL G. RIOS, P.C.
323 Nolana Loop
McAllen, Texas 78504
Telephone: (956) 631-1615
Facsimile: (956) 682-0566

By: /s/ Daniel G. Rios
DANIEL G. RIOS
State Bar No. 00784844
Federal Admission No. 17290
ATTORNEY-IN-CHARGE FOR PLAINTIFF

CERTIFICATE OF SERVICE

On this 3rd day of January, 2003, I, Daniel G. Rios certify that a copy of the foregoing instrument has been served on all counsel of record by certified mail return receipt requested.

/s/ Daniel G. Rios
Daniel G. Rios

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLINTON REGINALD BROWN,<br>Plaintiff<br>vs.<br><br>THE CITY OF HARLINGEN, VALLEY INTERNATIONAL AIRPORT, CAMERON COUNTY, TEXAS, LEONEL SILVA AND RAMIRO MARTINEZ<br>Defendants | § § § § § § § § § § § | Civil Action No. B-02-142<br>JURY DEMAND |

ORDER GRANTING PLAINTIFF'S MOTION
TO STRIKE CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On this _____ day of _____, 2003, this Court considered Plaintiff's Motion to Strike City Defendants' Motion for Summary Judgment, and after considering said motion, all arguments of counsel, and all pleadings on file, this Court hereby grants Plaintiff's Motion to Strike City Defendants' Motion for Summary Judgment.

It is therefore ordered that the Motion for Summary Judgment filed on behalf of the City of Harlingen, Valley International Airport, Leonel Silva and Ramiro Martinez, is hereby stricken and this Court enters judgment against the City of Harlingen, Valley International Airport, Leonel Silva and Ramiro Martinez as to their alleged affirmative defenses.

Signed for entry on this _____, 2003.

_____
JUDGE PRESIDING