26

United States District Court
Southern District of Texas
FILED

JAN 23 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLINTON REGINALD BROWN, § | |
| Plaintiff § | |
| vs. § | Civil Action No. B-02-142 |
| § | JURY DEMAND |
| § | |
| THE CITY OF HARLINGEN, VALLEY § | |
| INTERNATIONAL AIRPORT, § | |
| CAMERON COUNTY, TEXAS, § | |
| LEONEL SILVA AND § | |
| RAMIRO MARTINEZ § | |
| Defendants § | |

**PLAINTIFF'S MOTION FOR LEAVE TO LATE-FILE A RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Clinton Reginald Brown who files this Motion for Leave to Late-File A Response to Defendants' Motions for Summary Judgment, and in support thereof, Plaintiff respectfully offers the following:

**I.
Procedural Background**

Defendants' Ramiro Martinez, Leonel Silva, City of Harlingen and Valley International Airport, have filed motions for summary judgment. Certain of said matters are set for hearing on February 7, 2003.

**II.
Request for Additional Time to Late-File a Response**

The undersigned counsel has been unable to communicate with the Plaintiff since the filing of Defendants' Motions for Summary Judgment. The undersigned counsel is aware that Plaintiff has been continuously employed in the electric utility industry primarily involved in building power

plants. As of November, 2002, the Plaintiff had been transferred to South Carolina, and was last known to be residing in that state. However, since his last communication with the undersigned counsel, Plaintiff has evidently relocated. The undersigned counsel has yet to locate Plaintiff.

The undersigned counsel believes that Plaintiff could proffer evidence that would controvert the evidence provided by Defendants in regard to their Motions for Summary Judgment. Without his testimony, Plaintiff's counsel cannot provide this Court with his controverting evidence. The undersigned counsel requests additional time in which to respond to the Defendants' motions so that he may make further efforts to contact Plaintiff. This request is not done for the purpose of delay, but rather, so that Plaintiff may be afforded a reasonable period in which to respond to said Motions, which were originally filed on December 30, 2003. Plaintiff would show that no harm or prejudice would result if he were granted additional time to respond since no trial settings or deadlines for dispositive matters have been issued by this Court.

The undersigned counsel would also request additional time in which to respond to Defendants' dispositive motions in order for him to be able to conduct additional discovery. The parties have not conducted discovery and there is no impending deadline to complete discovery. Plaintiff would request additional time in which to conduct discovery so as to allow him a reasonable opportunity to respond to the City Defendants' Motions for Summary Judgment.

### III.
### Conclusion

Based on the foregoing, Plaintiff requests additional time in which to file a response to the City Defendants' Motions for Summary Judgment.

Respectfully submitted,

LAW OFFICES OF DANIEL G. RIOS, P.C.
323 Nolana Loop
McAllen, Texas 78504
Telephone: (956) 631-1615
Facsimile: (956) 682-0566

By: _____
DANIEL G. RIOS
State Bar No. 00784844
Federal Admission No. 17290
ATTORNEY-IN-CHARGE FOR PLAINTIFF

CERTIFICATE OF SERVICE

On this 21st day of January, 2003, I, Daniel G. Rios certify that a copy of the foregoing instrument has been served on all counsel of record by certified mail return receipt requested.

_____
Daniel G. Rios

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLINTON REGINALD BROWN,<br>　　　Plaintiff<br>vs.<br><br>THE CITY OF HARLINGEN, VALLEY<br>INTERNATIONAL AIRPORT,<br>CAMERON COUNTY, TEXAS,<br>LEONEL SILVA AND<br>RAMIRO MARTINEZ<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. B-02-142<br>JURY DEMAND |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO LATE-FILE A RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

On this _____, 2003, this Court considered Plaintiff's Motion for Leave to Late-File A Response to Defendants' Motions for Summary Judgment, and after considering same, all pleadings motions and responses on file, and arguments of counsel, this Court hereby grants Plaintiff Leave to Late-File a Response to Defendants' Motions for Summary Judgment.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE PRESIDING