THE HONORABLE JOHN WM. BLACK

HEARING ON SOVEREIGN IMMUNITY,
QUALIFIED IMMUNITY AND OFFICIAL IMMUNITY
United States District Court
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-02-142 | DATE & TIME: 02-07-03 AT 1:30 P.M. |
| CLINTON REGINALD BROWN | PLAINTIFF(S) COUNSEL: DANIEL G. RIOS |
| VS. | |
| THE CITY OF HARLINGEN, ET AL | DEFENDANT(S) COUNSEL: RICARDO NAVARRO / FRANCISCO J. MARTINEZ |

---

ERO: Rita Nieto
CSO: Willie Canat

Attorneys Daniel Rios, Robert Drinkard and Francisco Martinez appeared.

Motion for Clarification, Docket No. 21 is Moot.
Motion to Strike Summary Judgment, Docket No. 25 is Denied.

Discovery deadlines are waived.

Hearing on Motion for Summary Judgment will be held in March, 2003.