IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLINTON REGINALD BROWN, | § | |
| Plaintiff | § | |
| vs. | § | Civil Action No. B-02-142 |
| | § | JURY DEMAND |
| | § | |
| THE CITY OF HARLINGEN, VALLEY | § | |
| INTERNATIONAL AIRPORT, | § | |
| CAMERON COUNTY, TEXAS, | § | |
| LEONEL SILVA AND | § | |
| RAMIRO MARTINEZ | § | |
| Defendants | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO LATE-FILE A RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

On this _7 FEB_____, 2003, this Court considered Plaintiff's Motion for Leave to Late-File A Response to Defendants' Motions for Summary Judgment, and after considering same, all pleadings motions and responses on file, and arguments of counsel, this Court hereby grants Plaintiff Leave to Late-File a Response to Defendants' Motions for Summary Judgment.

_Response to Motion for Summary Judgment to be filed on or before 28 Feb 2003._

JUDGE PRESIDING