29

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| CLINTON REGINALD BROWN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-142 |
| | § | |
| THE CITY OF HARLINGEN, VALLEY | § | |
| INTERNATIONAL AIRPORT, CAMERON | § | |
| COUNTY, TEXAS, LEONEL SILVA | § | |
| AND RAMIRO MARTINEZ | § | |

TYPE OF CASE:        __X__ CIVIL                          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON MOTION FOR SUMMARY JUDGMENT**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                         DATE AND TIME:

**MARCH 14, 2003 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 7, 2003

TO:    MR. DANIEL G. RIOS
       MR. RICARDO NAVARRO
       MR. FRANCISCO J. MARTINEZ