33

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| CLINTON REGINALD BROWN | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-142 |
| THE CITY OF HARLINGEN, VALLEY INTERNATIONAL AIRPORT, CAMERON COUNTY, TEXAS, LEONEL SILVA AND RAMIRO MARTINEZ | § § § § § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**HEARING ON MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**MARCH 14, 2003 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**MARCH 28, 2003 AT 2:00 P.M.**

U. S. MAGISTRATE JUDGE, JOHN WM. BLACK
by Paula Lanagan, Deputy

DATE:   MARCH 12, 2003

TO:   MR. DANIEL G. RIOS
      MR. RICARDO NAVARRO
      MR. FRANCISCO J. MARTINEZ
      MR. HUMBERTO YZAGUIRRE, JR.