IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLINTON R. BROWN | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-142 |
| | § | |
| CITY OF HARLINGEN, | § | |
| VALLEY INTERNATIONAL AIRPORT, | § | |
| CAMERON COUNTY, LEONEL SILVA, | § | |
| and RAMIRO MARTINEZ | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of November 20, 2002, should be adopted and Cameron County's Motion to Dismiss be denied.

Done in Brownsville, Texas on this 18th day of March, 2003.

Honorable Andrew S. Hanen
United States District Judge