35

United States District Court
Southern District of Texas
FILED

MAR 2 8 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| CIVIL ACTION NO. B-02-142 | DATE & TIME: 03-28-03 AT 2:00 P.M. |
| CLINTON REGINALD BROWN | PLAINTIFF(S) COUNSEL: DANIEL G. RIOS |
| VS. | |
| THE CITY OF HARLINGEN, ET AL | DEFENDANT(S) COUNSEL: RICARDO NAVARRO<br>FRANCISCO J. MARTINEZ<br>HUMBERTO YZAGUIRRE, JR. |

---

ERO: Rita Nieto
CSO: Joe Juarez

Attorneys Daniel Rios, Robert Drinkard in lieu of Ricardo Navarro and Francisco Martinez appeared.

Judge Black will write Reports & Recommendations on the pending Motions.