# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLINTON REGINALD BROWN | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-142 |
| THE CITY OF HARLINGEN, VALLEY INTERNATIONAL AIRPORT, CAMERON COUNTY, TEXAS, LEONEL SILVA AND RAMIRO MARTINEZ | § § § § | |

TYPE OF CASE:        __X__ CIVIL                                     ____ CRIMINAL


TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON CITY DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS (DOCKET NO. 36)**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**600 E. HARRISON STREET**<br>**BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2**<br><br>DATE AND TIME:<br><br>**JUNE 11, 2003 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 28, 2003

TO:   MR. DANIEL G. RIOS
      MR. RICARDO NAVARRO
      MR. FRANCISCO J. MARTINEZ
      MR. HUMBERTO YZAGUIRRE, JR.