_38_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| CLINTON REGINALD BROWN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-142 |
| | § | |
| THE CITY OF HARLINGEN, VALLEY | § | |
| INTERNATIONAL AIRPORT, CAMERON | § | |
| COUNTY, TEXAS, LEONEL SILVA | § | |
| AND RAMIRO MARTINEZ | § | |

TYPE OF CASE:       __X__   CIVIL                              ____  CRIMINAL

**TAKE NOTICE that the hearing on City Defendants' Motion to Compel Plaintiff to Respond to Discovery Requests (Docket No. 36) is hereby PASSED.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     JUNE 5, 2003

TO:     MR. DANIEL G. RIOS
        MR. RICARDO NAVARRO
        MR. FRANCISCO J. MARTINEZ
        MR. HUMBERTO YZAGUIRRE, JR.