IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 21 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLINTON REGINALD BROWN | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF HARLINGEN, VALLEY INTERNATIONAL AIRPORT, CAMERON COUNTY, TEXAS, LEONEL SILVA AND RAMIRO MARTINEZ | § § § § § | B-02-142 |

## DESIGNATION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CAMERON COUNTY, Defendant in the above numbered cause and designates Israel Pena, Federal Admission No. 35019 as Attorney-In-Charge in this case. Francisco J. Martinez, Federal Admission No. 17477 is leaving the Office of the Cameron County and District Attorney.

Respectfully submitted,

OFFICE OF THE CAMERON COUNTY
AND DISTRICT ATTORNEY
YOLANDA DE LEÓN

Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520
Telephone: 956/544-0849
Fax: 956/544-0869

BY: _____
Israel Pena
Assistant County and District Attorney
Texas Bar No. 24037261
Federal Admission No. 35019
Attorney-in-Charge
For Defendant Cameron County

BY: _____
Francisco J. Martinez
Assistant County and District Attorney
Texas Bar No. 13141900
Federal Admission No. 17477

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DESIGNATION OF ATTORNEY-IN-CHARGE** has on this the ___21st___ day of October, 2004, been forwarded via certified mail, return receipt requested to :

Daniel Rios
Attorney at Law
323 Nolana
McAllen, Texas 78504
**CM/RRR #7004 1160 0001 4083 6364**

Israel Pena
Assistant County and District Attorney